United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:20–mj–01487 *SEALED* |
| § | |
| Muzzamil Husnain Zaidi § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Identity, Preliminary Examination, and Detention Hearing
August 19, 2020 at 02:00 PM
by video

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 18, 2020

Sam S. Sheldon
United States Magistrate Judge