UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:20-mj-01487-1 |
| | § | |
| MUZZAMIL HUSNAIN ZAIDI | § | |

## NOTICE OF APPEARANCE

The United States hereby gives notice to the Court of the assignment of counsel for the above referenced case. Effective immediately, Steven T. Schammel, Assistant United States Attorney, will be the AUSA assigned to this case. Please forward all correspondence to Steven T. Schammel, AUSA, United States Attorney's Office, 1000 Louisiana, Ste 2300, Houston, Texas 77002; steven.schammel@usdoj.gov.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

*/s/ Steven T. Schammel*
**STEVEN T. SCHAMMEL**
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana St., Ste. 2300
Houston, Texas 77002
Phone: (713) 567-9325