**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO.: 4:20-mj-01487-1** |
| | **:** | |
| **MUZZAMIL HUSNAIN ZAIDI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |
| _____ | **:** | |

**GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN**
**INTELLIGENCE SURVEILLANCE ACT INFORMATION**

The United States of America, by and through its counsel, United States Attorney Ryan K.

Patrick, and Assistant United States Attorneys Heather Winter and Steven T. Schammel, hereby

provides notice to defendant MUZZAMIL HUSNAIN ZAIDI and to the Court, that pursuant to

Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into

evidence, or otherwise use or disclose in any proceedings in the above-captioned matter,

information obtained or derived from electronic surveillance and physical search pursuant to the

Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and

1821-1829.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

Dated: August 20, 2020

/s/ Steven T. Schammel
Steven T. Schammel
Heather Winter
Assistant United States Attorneys